# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that, for reasons of judicial efficiency, coordinated pretrial proceedings in the cases listed below should be presided over by a single district judge as provided for by IOP 13(e) and that a single magistrate judge should be designated for these cases; and

It further appearing that the Hon. Andrea R. Wood has agreed to preside over these coordinated pretrial proceedings; and

It further appearing that Magistrate Judge Sheila M. Finnegan has agreed to be the designated magistrate judge in these coordinated pretrial proceedings; therefore

It is hereby ordered that Judge Wood shall preside over pretrial proceedings in the cases listed below; and

It is further ordered that Magistrate Judge Finnegan shall be the designated Magistrate Judge in the cases listed below; and

It is further ordered that these cases shall remain pending on the calendar of the judge to whom that it is currently assigned, and that an order be entered in each case by Judge Wood at such time as coordinated pretrial proceedings have concluded; and

It is further ordered than any additional cases that may be filed with similar claims and the same defendants shall be part of these coordinated pretrial proceedings.

| Case | Case Title | Judge |
|---|---|---|
| 16 CV 8940 | Baker v. City of Chicago et al | Wood |
| 17 CV 2877 | White v. City of Chicago et al | Coleman |
| 17 CV 5156 | Powell v. City of Chicago et al | Blakey |
| 17 CV 7241 | Carter v. City of Chicago et al | Gettleman |
| 18 CV 3474 | Forney v. City of Chicago et al | Kendall |
| 18 CV 3477 | Shenault v. City of Chicago et al | Tharp |
| 18 CV 3478 | Shenault Jr. v. City of Chicago et al | Kendall |

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE:**

_____
Chief Judge Rubén Castillo

Dated at Chicago, Illinois this 12th day of July, 2018.